UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Third World Media, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA. 1:11-cv-00059-RWR/DAR |
| | ) |
| DOES 1 – 4171 | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO NAME AND SERVE DEFENDANTS [Fed. R. Civ. P. 4(m)]

The Court having considered Plaintiff's motion for an extension of time to name and serve the Defendants pursuant to Federal Rules of Civil Procedure 4(m);

ORDERED, good cause having been shown, Plaintiff shall name and serve the Defendants within 270 days of entry of this Order.

Dated: November 29, 2011

Deborah A. Robinson
U.S. Magistrate Judge