UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Third World Media, LLC | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CA. 1:11-cv-00059-RWR |
| DOES 1 – 4171 | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DIMISSAL

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendants with the following IP addresses.

| Doe 4292 | IP-71.237.92.6 |
| Doe 4330 | IP- 76.25.16.72 |
| Doe 4264 | IP- 76.25.17.252 |
| Doe 4236 | IP- 71.237.93.22 |
| Doe 4228 | IP- 76.25.16.219 |

This Notice of Voluntary Dismissal is specific to the referenced Doe Defendants and **does not apply** to any other Doe Defendants.

i

**DATED**: March 23, 2012

        Respectfully submitted,

        Third World Media, LLC

        By Counsel

        By:

        /s/
        Ellis L. Bennett, Bar #479059
        Dunlap Grubb & Weaver, PLLC
        199 Liberty Street, SW
        Leesburg, VA 20175
        ebennett@dglegal.com
        703-777-7319 (telephone)
        703-777-3656 (fax)