**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Third World Media, LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CA. 1:11-cv-00059-RWR |
| ) | |
| **DOES 1 – 4171** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby files this notice of dismissal dismissing, without prejudice, all Doe Defendants not heretofore dismissed in this matter.

**DATED**: August 20, 2012

                                                   Respectfully submitted,

                                                   Third World Media, LLC

                                                   By Counsel
                                                   By:
                                                   /s/_____
                                                   Ellis L. Bennett, Bar #479059
                                                   Dunlap Grubb & Weaver, PLLC
                                                   199 Liberty Street, SW
                                                   Leesburg, VA 20175
                                                   ebennett@dglegal.com
                                                   703-777-7319 (telephone)
                                                   703-777-3656 (fax)